1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAWVOIE & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Telephone:     (916) 283-8820
4  Facsimile:      (916) 283-8821

5  Attorneys for Defendant
   MERCANTILE ADJUSTMENT BUREAU, LLC
6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

11

12  JUAN F. MONTALVO,                         Case No.: C07-01885 SBA

13       Plaintiff,                           **STIPULATION AND ORDER FOR
     v.                                       DISMISSAL WITH PREJUDICE**
14
     MERCANTILE ADJUSTMENT BUREAU, LLC,
15                                            **THE HON. SAUNDRA B. ARMSTRONG**
         Defendants.
16

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between plaintiff Juan F. Montalvo and defendant Mercantile Adjustment Bureau, LLC, that this matter be dismissed as to Juan F. Montalvo only, with prejudice, pursuant to FRCP 41(a), with each party to bear its own attorneys' fees and costs, as set forth in the settlement. It is also hereby stipulated that the class allegations are dismissed without prejudice.

Dated: September 17, 2007          LAW OFFICE OF LAWRENCE L. SZABO

                                   By:    /s/ Lawrence L. Szabo
                                       Lawrence L. Szabo
                                       Attorneys for Plaintiff
                                       JUAN F. MONTALVO

Dated: September 17, 2007

                                   ELLIS, COLEMAN, POIRIER, LaVOIE
                                     & STEINHEIMER, LLP


                                   By /s/ June D. Coleman
                                       June D. Coleman
                                       Attorneys for Defendant
                                       MERCANTILE ADJUSTMENT BUREAU, LLC

Pursuant to the Stipulation of the parties, the Court orders that the defendant Mercantile Adjustment Bureau, LLC, be, and hereby is, dismissed, with prejudice, from the above-captioned action as to the allegations raised by Juan F. Montalvo, individually. The class allegations are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees in the action.

IT IS SO ORDERED.

Date: 9/20/07                      _Saundra B. Armstrong_____
                                   Honorable Saundra B. Armstrong

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE